IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MICHAEL IVY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No.  6:19-cv-242-JDK |
| § | |
| CITY OF PALESTINE, § | |
| § | |
| Defendant. § | |

**ORDER VACATING ORDER TO SHOW CAUSE**

The Court issued an Order to Show Cause on December 20, 2019, as a result of the failure of Plaintiff and his counsel to comply with a Court Order and the misrepresentation made in Plaintiff's stipulation of dismissal.  Docket No. 18.  In response, Plaintiff's counsel provided an explanation for their failure to comply with the Order and represented that they have mailed Defendant's counsel a check for $1,000.00 to pay at least a part of Defendant's fees and expenses.  *See* Docket Nos. 19–20.  In light of these responses, the Court hereby

**VACATES** the Order to Show Cause (Docket No. 18).

So **ORDERED** and **SIGNED** this **23rd** day of **December, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE