# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| MICHAEL IVY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:19-cv-242-JDK |
| § | |
| CITY OF PALESTINE, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Stipulation Dismissing Plaintiff's Verified Complaint (Docket No. 16), the Court hereby enters final judgment.

**IT IS ORDERED** that Plaintiff Michael Ivy's claims against Defendant City of Palestine are **DISMISSED WITHOUT PREJUDICE**.

All motions not previously ruled on are **DENIED**.

The Clerk of the Court is directed to close this case.

So **ORDERED** and **SIGNED** this **23rd** day of **December, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE